### Guy NABORS, Appellant, v. STATE of Texas, Appellee.

### No. 20771.

Court of Criminal Appeals of Texas.

Nov. 15, 1939.

Baskett & Parks, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for murder, punishment being nine years in the penitentiary.

Since perfecting his appeal appellant has filed with this court his affidavit ad-

920

vising that he does not desire to prosecute said appeal, and at his request same is dismissed.